UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: INGRA ELAINE LEWIS      :
     BYRON KEITH LEWIS SR.      :
                                                       :    Case No. 19-00174
                                                       :
                Debtor.      :    Chapter 13

**APPLICATION FOR ALLOWANCE OF COMPENSATION**

The undersigned attorney for the debtor(s) states and represents as follows:

1.     The total fee to be charged by the attorney for legal services rendered or to be rendered for the debtor(s) in this bankruptcy case, exclusive of costs, is $3,000.00, of which $1,040.00 has been paid, leaving a balance of $1,960.00.

2.     The source of the compensation paid or to be paid is the debtor(s), which compensation shall, by agreement with the debtor(s), be paid by the Chapter 13 trustee as a priority administrative claim in the bankruptcy case, upon approval thereof by the court.

3.     The attorney has filed a document entitled Disclosure of Compensation of Attorney for Debtor with the court, the provisions of which are incorporated by reference in this application.

4.     The legal services rendered or to be rendered by the attorney in connection with this bankruptcy case include the following:

    a.    Examining and analyzing the debtor's financial situation and advising the debtors thereon;

    b.    Preparing and filing the petition, schedules, statements, plan and other necessary documents and pleadings in the case for confirmation of the debtor(s)' plan;

    c.    Representing the debtor(s) at the meeting of creditors and the confirmation hearing; and

    d.    Assisting the debtor(s) in obtaining confirmation of the debtor(s)' plan and in carrying out and consummating the plan.

WHEREFORE, the undersigned attorney respectfully applies for allowance of the compensation described above in this application and requests that the unpaid balance of such compensation be approved by the court as a priority administrative claim in the case, to be paid

by the Chapter 13 trustee out of the funds deposited with the trustee by the debtor(s).

Dated: March 19, 2019                              /s/ Kevin Judd
                                                          Kevin D. Judd, Bar #434926
Attorney for Debtor
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, D.C.  20004
Telephone: 202-483-6070

### NOTICE OF TIME TO RESPOND TO APPLICATION OF ALLOWANCE OF COMPENSATION

**PLEASE TAKE NOTICE:**

**PURSUANT TO LBR 2002-1, WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF THIS NOTICE**, you must file and serve a written opposition to the Application of Allowance of Compensation and a proposed order under Local Bankruptcy Rule 9072-1.  The opposition and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC 20001, and served (by delivery or mailing of copies) upon the undersigned.  The opposition may append affidavits and documents you wish to attach in support of your opposition.

**IF YOU FAIL TO FILE A TIMELY OPPOSITION, THE COURT MAY GRANT THE APPLICATION OF ALLOWANCE OF COMPENSATION IN THE MANNER SOUGHT BY THE APPLICATION WITHOUT A HEARING**.  You may file and serve with or include in the opposition a request for hearing which may be held in the Court's discretion.

Dated: March 19, 2019

                                                          By       /s/ Kevin Judd
                                                                  Kevin D. Judd, Bar #434926
Attorney for Debtor
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, D.C.  20004
Telephone: 202-483-6070

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on March 19, 2019, a copy of the foregoing Application For Allowance Of Compensation and Notice of Time to Respond to Application of Allowance of Compensation were electronically emailed, ECF to the Chapter 13 Trustee and mailed, postage prepaid to the United States trustee and to all Creditors.

      /s/ Kevin Judd
      Kevin D. Judd, Bar #434926

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:  INGRA ELAINE LEWIS         :
       BYRON KEITH LEWIS SR.      :
                                          :  Case No. 19-00174
                                          :
                   Debtor.              :  Chapter 13

**ORDER**

Upon consideration of Debtor(s)' Counsel's Application For Allowance Of Compensation and Notice of Time to Respond to Application of Allowance of Compensation, and the entire record herein,

ORDERED that the Debtor(s)' Counsel's Application For Allowance Of Compensation and Notice of Time to Respond to Application of Allowance of Compensation, is hereby granted,

AND FURTHER ORDERED, that fees of $1,960.00 shall be paid to Kevin D. Judd as an unpaid administrative claim.

Copies to:

Nancy L. Spencer Grisby, Bankruptcy Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Kevin D. Judd, Esq.
601 Pennsylvania Avenue, NW
Suite 900 - South Building
Washington, DC 20004

Ingra Elaine Lewis
1140 Wahler Place, SE
Washington, DC 20032

End of Order